# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 655 MAL 2021

           Respondent

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

          v.

WILLIAM BRENNAN,

           Petitioner


COMMONWEALTH OF PENNSYLVANIA,   :   No. 656 MAL 2021

           Respondent

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

          v.

WILLIAM BRENNAN,

           Petitioner


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.